IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| DANA SALMONS | PLAINTIFF |
| v. | CAUSE NO. 1:20-CV-38-LG-RPM |
| BP EXPLORATION & PRODUCTION INC. and BP AMERICA PRODUCTION COMPANY | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, the Court finds that this lawsuit should be dismissed with prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 26th day of May, 2021.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE